THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* AUGUSTA LEHMAN, Appellant.

*Crime — trial — exceptions.*

Appeal from a judgment of the County Court of Bronx county, rendered on the 31st day of July, 1914.

PER CURIAM: An examination of the testimony in this case has satisfied us that the defendant was clearly guilty. There were, however, requests to charge in relation to the character of the complaining witness as affecting her credibility which the defendant was entitled to have charged. But the counsel for the defendant took no exception to the refusal to charge, merely asking that the request to charge be spread upon the record. This is not equivalent to an exception. While in a case where there is serious doubt about the guilt of the defendant, the court would be justified in reversing without an exception, in consequence of the great preponderance of proof upon the trial showing the guilt of the defendant, we do not feel called upon to reverse this judgment in the absence of an exception. The judgment is, therefore, affirmed. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ. Judgment and order affirmed.

---

ROSE GINCEL, Respondent, *v.* DORE COHEN, Appellant.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 29th day of December, 1914, denying a motion to change the place of trial from New York county to Sullivan county.

PER CURIAM: As the contract was made in Sullivan county and was to be there performed, and as the plaintiff's assignor therein described himself as a resident of Sullivan county, we think that county is the proper place for the trial. The order appealed from must be reversed, with ten dollars costs and disbursements, and the motion granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. Order reversed, with ten dollars costs and disbursements, and motion granted.